The People ex rel. The Prospect Park and Coney Island Railroad Company et al., Respondents, v. The Board of Health of the Town of Gravesend et al., Appellants.

The People ex rel. The Brighton Pier and Navigation Company, Respondent, v. The Board of Assessors of the Town of Gravesend et al., Appellants.

(Argued June 4, 1889; decided June 18, 1889.)

Appeals from orders of the General Term of the Supreme Court in the second judicial department, made February 11, 1889, which affirmed orders of Special Term referring the proceedings to a referee.

*N. C. Moak* for appellants.

*Jesse Johnson* for respondents.

Agree to dismiss appeals; no opinion.
All concur.
Appeals dismissed.

---

Russell Wight, Respondent, v. James Gordon Bennett, Appellant.

(Argued June 4, 1889; decided June 25, 1889.)

Appeal from order of the General Term of the Supreme Court in the second judicial department, made February 15, 1887, which affirmed an order of the Special Term, denying a motion to set aside the service of a summons herein.

*Joseph H. Choate* for appellant.

*A. N. Weller* for respondent.

Agree to affirm; no opinion.
All concur, except Andrews, Danforth and Gray, JJ., dissenting.
Order affirmed.